DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA A. EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1107

_____

January 2, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.